**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey T. Presley  <br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC  <br>　　　　　　　Movant  <br>　　vs.  <br>Jeffrey T. Presley  <br>　　　　　　　Debtor(s)  <br>Scott F. Waterman  <br>　　　　　　　Trustee | NO. 19-12276 AMC  <br><br>11 U.S.C. Sections 362 |

## **ORDER**

　　　AND NOW, this _____ day of _____, 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

　　　The Motion is granted and the Loan Modification Agreement executed on April 27, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: July 6, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Jeffrey T. Presley
2 Colonial Way
Aston, PA 19014

John L. McClain Esq.
P.O. Box 123 (VIA ECF)
Narberth, PA 19072

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532