Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12276-AMC

JEFFREY T. PRESLEY
2 COLONIAL WAY
ASTON  PA    19014

Petition Filed Date: 04/10/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 11/20/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $189.23 | 30291428 | 04/12/2021 | $189.23 | 30531219 | 04/27/2021 | $189.23 | 30780278 |
| 05/10/2021 | $1,000.00 | 27039399467 | 05/10/2021 | $189.23 | 31044797 | 06/01/2021 | $189.23 | 31389567 |
| 06/08/2021 | $189.23 | 31538778 | 06/18/2021 | $1,000.00 | 27164745516 | 06/18/2021 | $13.88 | 27164745527 |
| 06/21/2021 | $189.23 | 31762825 | 07/02/2021 | $189.23 | 31995060 | 07/20/2021 | $189.23 | 32215384 |
| 08/02/2021 | $189.23 | 32460857 | 08/13/2021 | $189.23 | 32716549 | 08/31/2021 | $189.23 | 32919817 |
| 09/10/2021 | $258.46 | 33114052 | 09/28/2021 | $258.46 | 33430538 | 10/12/2021 | $258.46 | 33682697 |
| 10/26/2021 | $258.46 | 33909527 | 11/10/2021 | $258.46 | 34124368 | 12/09/2021 | $258.46 | 34669563 |
| 12/10/2021 | $258.46 | 34376057 | 12/21/2021 | $258.46 | 34880124 | 01/04/2022 | $258.46 | 35070050 |
| 01/24/2022 | $258.46 | 35365811 | 02/08/2022 | $258.46 | 35598351 | 02/16/2022 | $258.46 | 35871243 |
| 02/25/2022 | $258.46 | 36035622 | 03/15/2022 | $258.46 | 36357392 | 03/29/2022 | $258.46 | 36634029 |
| 04/13/2022 | $258.46 | 36889099 | 04/26/2022 | $258.46 | 37143650 | 05/10/2022 | $258.46 | 37402339 |
| 05/24/2022 | $258.46 | 37606886 | 06/02/2022 | $258.46 | 37840358 | 06/21/2022 | $258.46 | 38119027 |
| 07/06/2022 | $258.46 | 38320599 | 07/19/2022 | $258.46 | 38602243 | 08/01/2022 | $258.46 | 38815584 |

**Total Receipts for the Period: $10,487.68    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,602.26**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | COMMUNITY LOAN SERVICING LLC<br>»» 001 | Mortgage Arrears | $22,376.67 | $12,262.64 | $10,114.03 |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $4,896.90 | $4,896.90 | $0.00 |

**Chapter 13 Case No. 19-12276-AMC**

| SUMMARY |
| :---: |

Summary of all receipts and disbursements from date filed through 8/5/2022:

| Total Receipts: | $19,602.26 | Current Monthly Payment: | $560.00 |
| --- | --- | --- | --- |
| Paid to Claims: | $17,159.54 | Arrearages: | $312.35 |
| Paid to Trustee: | $1,729.38 | Total Plan Base: | $31,674.61 |
| Funds on Hand: | $713.34 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.