# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : Chapter 13 |
|    **Presley, Jeffrey T.** | : |
| | : 19-12276 |
|    **Debtor** | : |

## ORDER

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Proposed Modified Chapter 13 Plan (2nd Amended) is **APPROVED**.

**Date:** _____  
   **Date: August 24, 2022**

_____  
**Ashely M. Chan**  
**U.S. BANKRUPTCY JUDGE**