**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                : Chapter 13
     Presley, Jeffrey T.

      Debtor(s)                             : 19-12276

         :

**ORDER TERMINATING WAGE ORDER**

     **AND NOW,** this      day of                2023, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

     **ORDERED**, that the wage order previously entered in this case, directing Elwyn Inc. to make monthly payments on behalf the debtor to the chapter 13 trustee,  is hereby terminated.

BY THE COURT

**Date: January 5, 2023**

_____
JUDGE

Elwyn Inc.
111 Elwyn Road
Elwyn, PA 19063

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Presley, Jeffrey T.

2 Colonial Way
Aston, PA 19014

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Community Interaction