United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jeffrey T. Presley  
    Debtor

Case No. 19-12276-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 24, 2023     Form ID: 138OBJ     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey T. Presley, 2 Colonial Way, Aston, PA 19014-1419 |
| 14304773 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14304775 | + | Homeward Residential, 1525 S Beltline, Coppell, TX 75019-4913 |
| 14304776 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14699759 | + | Lakeview Loan Servicing, LLC, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14319002 | + | Lakeview Loan Servicing, LLC, c/o DANIEL P. JONES, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14693356 | + | Lakeview Loan Servicing, LLC, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2023 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14304774 | + | Email/PDF: bncnotices@becket-lee.com | Jan 25 2023 00:09:56 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14698976 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2023 23:54:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, Florida 33146-1839 |
| 14659031 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2023 23:54:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14344324 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 24 2023 23:54:00 | Lakeview Loan Servicing LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14693063 | ^ | MEBN | Jan 24 2023 23:50:22 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698975 | + | Email/Text: EBN@brockandscott.com | Jan 24 2023 23:54:00 | Lakeview Loan Servicing, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14304777 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 24 2023 23:54:00 | Loancare Servicing Ctr, 3637 Sentrara Way, Virginia Beach, VA 23452-4262 |
| 14304778 | | Email/Text: camanagement@mtb.com | Jan 24 2023 23:54:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203 |
| 14712017 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 24 2023 23:54:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 24, 2023 | Form ID: 138OBJ | Total Noticed: 18

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID   Bypass Reason   Name and Address
14659032   *+              Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2023           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

Name | Email Address
--- | ---
ANDREW L. SPIVACK | on behalf of Creditor Community Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com
ANDREW L. SPIVACK | on behalf of Creditor Lakeview Loan Servicing LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com
BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com
JOHN L. MCCLAIN | on behalf of Debtor Jeffrey T. Presley aaamcclain@aol.com edpabankcourt@aol.com
MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com
MARISA MYERS COHEN | on behalf of Creditor Lakeview Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com
POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com
SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com
Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com
United States Trustee | USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jeffrey T. Presley
      Debtor(s)

Case No: 19−12276−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/24/23