# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JEFFREY T. PRESLEY<br><br>Lakeview Loan Servicing LLC,<br>    Movant<br><br>vs.<br><br>JEFFREY T. PRESLEY,<br>    Debtor | Case No. 19-12276-amc<br>Chapter 13 |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Lakeview Loan Servicing LLC ("Movant"), by and through its legal counsel, hereby withdraws its NOTICE OF MORTGAGE PAYMENT CHANGE filed on December 23, 2022, related to Claim Number 1.

This 16th day of February, 2023.

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

22-10124 BKSUP03

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>JEFFREY T. PRESLEY<br><br>Lakeview Loan Servicing LLC,<br>    Movant<br><br>vs.<br><br>JEFFREY T. PRESLEY,<br>    Debtor | Case No. 19-12276-amc<br>Chapter 13 |

### **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

JEFFREY T. PRESLEY
2 COLONIAL WAY
ASTON, PA 19014

JOHN L. MCCLAIN, Debtor's Attorney
PO Box 123
Narberth, PA 19072
aaamcclain@aol.com

SCOTT F. WATERMAN (Chapter 13), Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

22-10124 BKSUP03

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

<u>February 16, 2023</u>

                                             */s/Andrew Spivack*
                                             Andrew Spivack, PA Bar No. 84439
                                             Matt Fissel, PA Bar No. 314567
                                             Mario Hanyon, PA Bar No. 203993
                                             Ryan Starks, PA Bar No. 330002
                                             Jay Jones, PA Bar No. 86657
                                             Attorney for Creditor
                                             BROCK & SCOTT, PLLC
                                             8757 Red Oak Boulevard, Suite 150
                                             Charlotte, NC 28217
                                             Telephone: (844) 856-6646
                                             Facsimile: (704) 369-0760
                                             E-Mail: PABKR@brockandscott.com

22-10124 BKSUP03