## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jeffrey T. Presley | : | Bky. No. 19-12276 |
| | : | |
| Debtor | : | |

### NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: April 26, 2023

FOR THE COURT

TIMOTHY B. McGRATH
Clerk of Court