United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12276-amc |
| Jeffrey T. Presley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey T. Presley, 2 Colonial Way, Aston, PA 19014-1419 |
| cr | + | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14304773 | + | 1st Ame Mtg Trst/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14304775 | + | Homeward Residential, 1525 S Beltline, Coppell, TX 75019-4913 |
| 14304776 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14759079 | + | Lakeview Loan Servicing, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14699759 | + | Lakeview Loan Servicing, LLC, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14319002 | + | Lakeview Loan Servicing, LLC, c/o DANIEL P. JONES, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14693356 | + | Lakeview Loan Servicing, LLC, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14304774 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 00:08:49 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14698976 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2023 23:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, Florida 33146-1839 |
| 14659031 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 26 2023 23:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14344324 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 26 2023 23:44:00 | Lakeview Loan Servicing LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14693063 | ^ | MEBN | Apr 26 2023 23:41:59 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14698975 | + | Email/Text: EBN@brockandscott.com | Apr 26 2023 23:44:00 | Lakeview Loan Servicing, LLC, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14304777 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 26 2023 23:44:00 | Loancare Servicing Ctr, 3637 Sentrara Way, Virginia Beach, VA 23452-4262 |
| 14304778 | | Email/Text: camanagement@mtb.com | Apr 26 2023 23:44:00 | M&t Bank, 1 Fountain Plz Fl 4, Buffalo, NY |

Case 19-12276-amc    Doc 109    Filed 04/28/23    Entered 04/29/23 00:30:39    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 20 |

| 14712017 | + Email/Text: nsm_bk_notices@mrcooper.com<br>Apr 26 2023 23:44:00 | 14203<br>RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
|---|---|---|

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14659032 | *+ | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14759051 | *+ | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023                                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Community Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Lakeview Loan Servicing  LLC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JOHN L. MCCLAIN | on behalf of Debtor Jeffrey T. Presley aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing  LLC mfarrington@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 20 |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Jeffrey T. Presley | : | Bky. No. 19-12276 |
| | : | |
|     Debtor | : | |

**NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date: April 26, 2023

FOR THE COURT

TIMOTHY B. McGRATH
Clerk of Court